```
                  UNITED STATES DISTRICT COURT
                     DISTRICT OF MINNESOTA
                   Criminal No.: 06-266 (DWF)

UNITED STATES OF AMERICA,      )
                               )
          Plaintiff,           )  UNITED STATES' POSITION
                               )  AS TO SENTENCING OF
v.                             )  DEFENDANT
                               )
PARIS OLHAIDA PATTON,          )
                               )
                               )
                               )
          Defendant.           )
```

The United States of America, by and through its attorneys Rachel K. Paulose, United States Attorney for the District of Minnesota, and Assistant United States Attorney, Andrew R. Winter, respectfully submits its position as to the sentencing of defendant Paris Patton.

The government agrees with the guidelines calculations and information contained in the Pre-Sentence Report and supports the conclusion that the defendant's guideline range, prior to any motion filed by the government, is 108-135 months in prison.

Dated: March 7, 2007                    Respectfully submitted,

                                        Rachel K. Paulose
                                        United States Attorney

                                        s/Andrew R. Winter

                                        BY: Andrew R. Winter
                                        Assistant U.S. Attorney
                                        Attorney ID No. 232531