AO 245D (Rev. 12/03)  Sheet 1 - Judgment in a Criminal Case for Revocations

# United States District Court
### District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**Paris Olhaida Patton** | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Supervised Release)<br>Case Number: **CR 06-266 (DWF/JSM)**<br>USM Number: **12993-041**<br>Social Security Number: **XXX-XX-9209**<br>Date of Birth: **1987**<br><br>**Reynaldo Aligada**<br>Defendant's Attorney |

**THE DEFENDANT:**

[**X**]   admitted guilt to violation of condition(s): Mandatory Condition of the term of supervision.
[ ]   was found in violation of condition(s)  after denial of guilt.
The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory Condition | Shall not commit any crimes, federal, state or local. | February 7, 2009 |

　　The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has not violated condition(s)  and is discharged as to such violation(s) condition.

　　It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in the defendant's economic circumstances.

**September 28, 2011**
Date of Imposition of Judgment

s/Donovan W. Frank
Signature of Judge

**DONOVAN W. FRANK**, United States District Judge
Name & Title of Judge

October 3, 2011
Date

AO 245D (Rev. 12/03)  Sheet 2 - Imprisonment

DEFENDANT:        PARIS OLHAIDA PATTON
CASE NUMBER:      CR 06-266 DWF/JSM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **18 months consecutive to state court sentence in Hennepin County District Court (27-CR-09-34691).**

[]       The court makes the following recommendations to the Bureau of Prisons:

[**X**]   The defendant is remanded to the custody of the United States Marshal.

[]       The defendant shall surrender to the United States Marshal for this district.
         [] at   on .
         [] as notified by the United States Marshal.

[]       The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
         [] before  on .
         [] as notified by the United States Marshal.
         [] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ , with a certified copy of this Judgment.

United States Marshal

By _____
Deputy United States Marshal

AO 245D (Rev. 12/03)  Sheet 3 - Supervised Release

DEFENDANT: PARIS OLHAIDA PATTON
CASE NUMBER: CR 06-266 DWF/JSM

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **4 years with the same terms and conditions as previously ordered.**