UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CRIM. NO. 06-266(1) (DWF/KMM)

| | |
|---|---|
| United States of America, | |
| Plaintiff, | **MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE** |
| v. | |
| Paris Olhaida Patton, | |
| Defendant. | |

Defendant Paris Olhaida Patton, by and through counsel, respectfully moves the Court for an order modifying his conditions of supervised release. After the review hearing of May 12, 2021, Mr. Patton's conditions of supervised release were modified to add requirements for GPS location monitoring and for a 10:30 p.m. – 6:00 a.m. curfew. (*See* Order, ECF Doc. 132.) Mr. Patton respectfully asks that these conditions be removed.

Counsel for Mr. Patton has conferred with Asst. U.S. Attorney Andrew Winter, and the government has no objection to these conditions being lifted on July 15, 2021, which is 90 days after Mr. Patton's detention hearing and release on GPS monitoring.

Based on the foregoing, Mr. Patton respectfully moves the Court for an order modifying his conditions of supervised release as of July 15, 2021, to remove the conditions 1) requiring him to be on GPS location monitoring, and 2) imposing a 10:30 p.m. – 6:00 a.m. curfew.

                                        Respectfully submitted,

Dated: July 9, 2021                    /s/ Steven J. Wright
                                        Minnesota Attorney #387336
                                        Attorney for Defendant
                                        331 Second Avenue South
                                        Suite 705
                                        Minneapolis, MN  55401
                                        Phone: 612-669-8280