**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| United States of America, | Criminal No. 06-266 (DWF) |
| Plaintiff, | |
| v. | **ORDER MODIFING CONDITIONS OF SUPERVISED RELEASE** |
| Paris Olhaida Patton, | |
| Defendant. | |

This matter is before the Court upon Defendant Paris Olhaida Patton ("Defendant") Motion to Modify Conditions of Supervised Release (Doc. No. [133]). The Government has no objection to Defendant's motion. The Defendant's Supervising Officer has advised the Court that Defendant Patton has been compliant with his LMON requirements. Based upon Defendant's motion, the Court having consulted with the United States Probation and Pretrial Service Office and the Court being otherwise duly advised in the premises, the Court hereby grants Defendant's motion for good cause shown and enters the following:

**IT IS HEREBY ORDERED** that:

1. Defendant Patton's Motion to Modify Conditions of Supervised Release (Doc. No. [133]) is **GRANTED**.

2. The following conditions can be removed:

    The defendant shall participate in a location monitoring program using global positioning system (GPS) technology. The defendant shall be monitored under the following restrictions:

        The defendant shall remain at his residence every day during the set hours of 10:30 p.m. to 6:00 a.m., or as directed by the probation officer. The defendant shall not be required to pay the costs of location monitoring.

        All other previously imposed terms and conditions of supervised release shall remain in effect until the original expiration date.

Dated: July 14, 2021                 <u>s/Donovan W. Frank</u>
                                            DONOVAN W. FRANK
                                            United States District Judge