Prob 12 (Rev. 11/1/2004)

# United States District Court

for the

### DISTRICT OF MINNESOTA

United States v. Paris Olhaida Patton

Docket No. 0864 0:06CR00266-001(DWF)

**Fourth Amended Petition on Supervised Release**

COMES NOW **Trista Buttera**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Paris Olhaida Patton** who was sentenced for Conspiracy to Distribute and Possess with Intent to Distribute in Excess of 50 Grams of Cocaine Base on March 8, 2007, by the Honorable Donovan W. Frank, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Participate in drug/alcohol treatment program
- Mandatory drug testing
- No gang association
- Employment required
- Education programming

On September 28, 2011, the defendant's term of supervised release was revoked, following a conviction for Felony First Degree Assault and Felony Second Degree Assault in Hennepin County District Court (27-CR-09-34691). He was remanded to custody for 18 months, consecutive to the sentence imposed in the state case, followed by a 4-year term of supervised release with the same conditions previously ordered. The defendant's current term of supervision began on December 20, 2018.

**All amended information will appear in bold.**

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> MANDATORY CONDITION:  The defendant shall not commit another federal, state, or local crime.
>
> STANDARD CONDITION: The defendant shall not leave the judicial district without permission of the Court or probation officer.

On April 10, 2021, the defendant was arrested and charged in St. Croix County, Wisconsin, with Felony Knowingly Fleeing Law Enforcement and Felony First Degree Reckless Endangering Safety (Case No.: 2021CF349). The defendant did not have permission to leave the District of Minnesota and he was subsequently detained pending his initial court appearance in St. Croix County. On January 31, 2023, the above referenced case was dismissed.

CASE 0:06-cr-00266-DWF-JSM   Doc. 163   Filed 03/08/23   Page 2 of 3

**Fourth Amended** Petition on Supervised Release  RE: **Paris Olhaida Patton**
Page 2  Docket No. 0864 0:06CR00266-001(DWF)

On April 16, 2021, the defendant was charged in St. Croix County, Wisconsin, with Speeding in a 55 mile per hour zone (Case No.: 2021TR001506) in relation to the events listed above on April 10, 2021. On April 20, 2022, the defendant was found guilty and ordered to pay $452.50. In addition, his DOT license was suspended for 60 days.

> MANDATORY CONDITION:  The defendant shall not commit another federal, state, or local crime.

On August 20, 2022, the defendant was cited in Hennepin County, Minnesota, District Court with one count of Misdemeanor Traffic Regulation – Child Passenger Restrain System – Not Equipped and Installed and one count of Motor Vehicle Registration – Failure to Display Current Registration – Expired Tabs (Case No.: 27VB22152761).

> MANDATORY CONDITION:  The defendant shall not commit another federal, state, or local crime.

> MANDATORY CONDITION: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

> MANDATORY CONDITION: The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

On December 13, 2022, a search warrant was executed, and the defendant was arrested. Arresting officers located a loaded Smith and Wesson MP 9-millimeter handgun, 1,211 grams of marijuana, and $1,244 in U.S. currency. The defendant is currently being held without bail at Hennepin County, Minnesota, jail. At this time, no court date has been scheduled. Pursuant to Minnesota Statute 624.713.1(2), Possess Ammo/Any Firearm – Conviction or Adjudication Delinquent for Crime of Violence is punishable by 5 to 15 years imprisonment or a $30,000 fine or both. Pursuant to Minnesota Statute 152.025, Fifth Degree Controlled Substance is punishable by up to 5 years imprisonment or a $10,00 fine or both.

> MANDATORY CONDITION: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

The defendant failed to report for random scheduled drug tests on January 30, 2023; February 6, 2023; February 13, 2023; and **March 6, 2023.**

> STANDARD CONDITION: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

On December 7, 2022, the defendant notified St. Croix County District court of an address change. Specifically noted on the record, the defendant indicated that effective April 25, 2022, his new address was located in Hopkins, Minnesota. On December 13, 2022, the defendant was arrested at this location. The defendant did not report this address to probation.

CASE 0:06-cr-00266-DWF-JSM   Doc. 163   Filed 03/08/23   Page 3 of 3

**Fourth Amended** Petition on Supervised Release          RE: **Paris Olhaida Patton**
Page 3                                                     Docket No. 0864 0:06CR00266-001(DWF)

**MANDATORY CONDITION:** The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**STANDARD CONDITION:** The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or paraphernalia related to any controlled substances, except as prescribed by a physician.

**On March 7, 2023, the defendant tested positive for alcohol and cocaine. On March 7, 2023, the defendant admitted to consuming alcohol on a daily basis and reported his last use was on March 6, 2023. He further admitted to using cocaine last on March 3, 2023.**

PRAYING THAT THE COURT WILL ORDER that **the Third Amended Petition submitted on February 14, 2023, be amended, and that a warrant be issued, and the defendant be brought before the Honorable Donovan W. Frank to show cause why supervision should not be revoked.**

[The rationale for a warrant is contained in Section 5 of the violation report.]

ORDER OF THE COURT

Considered and ordered this ___8th___ day of ___March 2023___, and ordered filed and made a part of the records in the above case.

s/Donovan W. Frank

Honorable Donovan W. Frank
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/ *Trista Buttera*

Trista Buttera
U.S. Probation Officer
Telephone: 612-664-5445

Executed on    March 7, 2023
Place          Minneapolis

Approved:

s/ Michael J. Schmidt

Michael J. Schmidt
Supervising U.S. Probation Officer
Telephone: 651-848-1240